# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD PARKELL, | : |
| Plaintiff, | : |
| v. | : C.A. No. 14-446-LPS |
| CHRISTOPHER SENATO, *et al.*, | : |
| Defendants. | : |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 20, 2018, the undersigned counsel caused a true and correct copy of **Plaintiff's Initial Disclosures Pursuant To Fed. R. Civ. P. 26(a)(1)** to be served on the following by first-class mail:

> Joseph Clement Handlon, Esquire
> Kenisha LaShelle Ringgold, Esquire
> Department of Justice
> 820 N. French Street, 6th Floor
> Wilmington, DE 19801

Dated: February 20, 2018

*/s/ Beth Moskow-Schnoll*
Beth Moskow-Schnoll (#2900)
William J. Burton (#6243)
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466

*Attorneys for Plaintiff*
*Donald Parkell*