# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONALD PARKELL, | : |
| Plaintiff, | : |
| v. | : C.A. No. 14-446-LPS |
| CHRISTOPHER SENATO, *et al.,* | : |
| Defendants. | : |

## JOINT REQUEST FOR ORAL ARGUMENT ON
## THE PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT

Pursuant to Local Rule 7.1.4, Plaintiff Donald Parkell and Defendants Christopher Senato and Frank Pennell respectfully request oral argument on their respective Motions For Summary Judgment (D.I. 94; D.I. 97), which have been fully briefed.

Dated: July 23, 2018

| | |
|---|---|
| /s/ *William J. Burton* | /s/ *Joseph C. Handlon* |
| Beth Moskow-Schnoll (#2900) | Joseph C. Handlon (#3952) |
| William J. Burton (#6243) | Kenisha L. Ringgold(#5226) |
| BALLARD SPAHR LLP | STATE OF DELAWARE |
| 919 North Market Street, 11 Floor | DELAWARE DEPARTMENT OF JUSTICE |
| Wilmington, DE 19801 | 820 North French Street., 6th Floor |
| Telephone: (302) 252-4465 | Wilmington, DE 19801 |
| Facsimile: (302) 252-4466 | Telephone: (302) 577-8400 |
| moskowb@ballardspahr.com | Joseph.Handlon@state.de.us |
| burtonw@ballardspahr.com | Kenisha.Ringgold@state.de.us |
| | |
| *Attorneys for Plaintiff Donald Parkell* | *Attorneys for Christopher Senato and Frank Pennell* |